

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2022

jcharo@mizrahikroub.com
www.mizrahikroub.com

January 13, 2022

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Contreras v. Rich International Creative Haircare, LLC*; Case No. 1:21-cv-09433

Dear Judge Torres:

We represent plaintiff Yensy Contreras ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an extension of the documents referenced in the Court's November 23, 2021, Order (Docket #7). The parties request this extension since Defendant has not been served in this case. Plaintiff has attempted to serve Defendant without success and is in the process of ascertaining the correct address at which to serve Defendant. Therefore, the undersigned requests that the upcoming joint submissions due on January 14, 2022, be adjourned for 45 days to allow time for Defendant to be served and to file an Affidavit of Service with the Court.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Jarrett S. Charo*
JARRET S. CHARO

GRANTED in part, DENIED in part. By **February 14, 2022**, the parties shall file a joint letter and proposed case management plan and scheduling order.

SO ORDERED.

Dated: January 14, 2022
       New York, New York

ANALISA TORRES
United States District Judge