

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2022

February 9, 2022

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Contreras v. Rich International Creative Haircare, LLC*; Case No. 1:21-cv-09433

Dear Judge Torres:

    We represent plaintiff Yensy Contreras ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an extension of the documents referenced in the Court's November 23, 2021, Order (Docket #7). The parties request this extension since Defendant has still not been served in this case. Plaintiff has attempted to serve Defendant without success and is still in the process of ascertaining the correct address at which to serve Defendant. Therefore, the undersigned requests that the upcoming joint submissions due on February 14, 2022, be adjourned for another 30 days to allow time for Defendant to be served and to file an Affidavit of Service with the Court. This is the parties second request for such extension.

    Thank you for your consideration in this matter.

                            Respectfully submitted,
                            */s/ Jarrett S. Charo*
                            JARRET S. CHARO

GRANTED.  By **March 17, 2022**, the parties shall submit their joint letter and proposed case management plan.  By **March 3, 2022**, Plaintiff shall file an affidavit of service with the Court.  No further extension on service shall be granted absent a showing of good cause.

SO ORDERED.

Dated: February 10, 2022
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge