UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, Individually, and On
Behalf of All Others Similarly Situated,

                Plaintiff,

     -against-

RICH INTERNATIONAL CREATIVE
HAIRCARE, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/22/2022
```

21 Civ. 9433 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 10, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by March 17, 2022. ECF No. 11. Those submissions are now overdue. By **March 29, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: March 22, 2022
      New York, New York

ANALISA TORRES
United States District Judge