```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/31/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

RICH INTERNATIONAL CREATIVE HAIRCARE, LLC,

        Defendant.

21 Civ. 9433 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 10, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by March 17, 2022. ECF No. 11. The parties failed to do so. On March 22, 2022, the Court informed the parties that those submission were overdue and again directed them to file their joint letter and proposed case management plan by March 29, 2022. ECF No. 13. The Court has not received those submissions. Accordingly, by **April 4, 2022**, the parties shall submit their joint letter and proposed case management plan. **No further extensions shall be given absent a showing of good cause**.

    SO ORDERED.

Dated: March 31, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge